■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD DUPREE, Appellant. [11 NYS3d 865]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Modica, J.), rendered June 24, 2013, convicting him of crimi-

nal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record demonstrates that he knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Bradshaw*, 18 NY3d 257, 264-265 [2011]; *People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Sanders*, 112 AD3d 748, 748-750 [2013], *affd* 25 NY3d 337 [2015]). The defendant's valid waiver of his right to appeal precludes appellate review of his challenge to the hearing court's suppression determination (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Ward*, 126 AD3d 730 [2015]; *People v Cannon*, 123 AD3d 1138, 1139 [2014]). Rivera, J.P., Dickerson, Miller and Duffy, JJ., concur.